UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEN FABRIKANT,

          Plaintiff,

    v.

LAST BRAND, INC.,

          Defendant.

Case No.  25-cv-10519-WHO

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Edward Chen for consideration of whether the case is related to *Mandel v. Last Brand, Inc. d/b/a Quince*, No. 3:25-cv-09780-EMC.

**IT IS SO ORDERED.**

Dated: March 9, 2026



WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California